**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50397 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-04829-BEN |
| v. | |
| JOSE MANUEL DE LA TORRE-VENTURA, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Submitted May 13, 2015**

Before:      LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

Jose Manuel De La Torre-Ventura appeals from the district court's judgment

and challenges the 18-month sentence imposed upon revocation of probation.  We

have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

De La Torre-Ventura contends that the district court imposed an above-Guidelines sentence based on clearly erroneous facts, namely, an assumption that he drove without a license or insurance and that he still had an alcohol problem and was a danger to the public.  We agree that the record does not support the district court's suggestion that De La Torre-Ventura did not have insurance or a license at the time he was pulled over for a traffic violation.  However, the court did not impose sentence on this basis.  *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).  Furthermore, the court's concern over De La Torre-Ventura's alcohol problem and propensity of recidivism was supported by his history of driving under the influence.

De La Torre-Ventura next contends that his sentence is substantively unreasonable.  The district court did not abuse its discretion in imposing De La Torre-Ventura's sentence.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).  The 18-month sentence is substantively reasonable in light the of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances.  *See Gall*, 552 U.S. at 51*; United States v. Miqbel*, 444 F.3d 1173, 1182 (9th Cir. 2006).

**AFFIRMED.**